IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         NO. 4:11CR00251-02 JLH

BRIDGETTE DIANE CROSSWELL                                                            DEFENDANT

## ORDER

Bridgette Diane Crosswell appeared before the Court on this date and entered a guilty plea to a felony information charging her with aiding and abetting the possession with intent to distribute methamphetamine. The Court allowed defendant one week to self-report to begin serving her term of imprisonment. Crosswell must self report to the United States Marshals Service in Little Rock, Arkansas, no later than **2:00 P.M. on THURSDAY, SEPTEMBER 12, 2013.** All conditions of bond previously imposed remain in full force and effect until the self-surrender date.

Failure to report as directed will result in a warrant being issued for defendant's arrest.

IT IS SO ORDERED this 5th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE